IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02577-RPM

CHOCTAW NATION OF OKLAHOMA and
HOUSING AUTHORITY OF THE CHOCTAW NATION OF OKLAHOMA,

    Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT
(HUD),
STEVEN PRESTON, Secretary of HUD,
PAULA O. BLUNT, Acting Assistant Secretary for Public and Indian Housing, and
DEBORAH LALANCETTE, Director of HUD's Office of Grants Management, National Office
of Native American Programs,

    Defendants.

---

**ORDER**

---

Upon consideration of the Joint Motion for Stay of Proceedings (Dkt. No. 4), it is ORDERED that this action is stayed pending the United States Court of Appeals for the Tenth Circuit's final decision in the pending case of *Fort Peck Housing Authority v. United States Department of Housing and Urban Development et al.*, Cross Appeal Case Nos. 06-1425 and 06-1447 (the "Appeal"). The parties shall inform the Court of a decision by the Tenth Circuit regarding the Appeal within 15 days of that decision.

Dated: January 21st, 2009.

BY THE COURT

s/Richard P. Matsch
_____
Richard P. Matsch
United States District Court Senior Judge