IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 08-cv-02577-RPM

CHOCTAW NATION OF OKLAHOMA AND
HOUSING AUTHORITY OF THE CHOCTAW NATION OF OKLAHOMA,

        Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT;
SHAUN DONOVAN, Secretary of Housing and Urban Development;
DEBORAH A. HERNANDEZ, General Deputy Assistant Secretary for Public and Indian Housing; and
DEBORAH LALANCETTE, Director, Office of Grants Management, Office of Native American Programs, Department of Housing and Urban Development, Office of Public and Indian Housing,

        Defendants.

---

ORDER REGARDING INCORPORATED MEMORANDUM OPINION AND ORDER

---

The Memorandum Opinion and Order filed August 31, 2012, in *Fort Peck Housing Authority v. HUD et al.*, Civil Action No. 05-cv-00018-RPM, is hereby incorporated as an order governing common issues in this action; it is

FURTHER ORDERED that a coordinated hearing will held at a time to be scheduled for the purpose of addressing procedures for determining issues remaining in this action. All counsel representing the parties must be personally present at the hearing.

DATED: August 31, 2012

        BY THE COURT:

        s/ Richard P. Matsch
        _____
        Richard P. Matsch, Senior Judge