# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02577-RPM

CHOCTAW NATION OF OKLAHOMA AND HOUSING AUTHORITY OF THE CHOCTAW NATION OF OKLAHOMA,

      Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT;
SHAUN DONOVAN, Secretary of Housing and Urban Development;
DEBORAH A. HERNANDEZ, General Deputy Assistant Secretary for Public and Indian Housing; and
GLENDA GREEN, Director, Office of Grants Management, National Office of Native American Programs, Department of Housing and Urban Development, Office of Public and Indian Housing,

      Defendants.
_____

## ORDER
_____

The Court, having reviewed the Unopposed Motion by Plaintiffs to Extend Deadline by Forty-Five Days to File the Statement of Relief Requested, for sufficient cause shown, hereby grants the Unopposed Motion. Therefore, Plaintiffs shall file their Statement of Relief Requested on or before March 4, 2013, and Defendants shall file their response to Plaintiffs' Statement of Relief Requested on or before May 6, 2013.

Dated: December 26th, 2012

                                              BY THE COURT:

                                              s/Richard P. Matsch

                                              _____

                                              Richard P. Matsch, Senior District Judge