## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 08-CV-02577-RPM

CHOCTAW NATION OF OKLAHOMA AND HOUSING AUTHORITY OF THE CHOCTAW
NATION OF OKLAHOMA,

      Plaintiffs,

v.

UNITED STATES DEPARTMENT OF HOUSING AND URBAN DEVELOPMENT;
SHAUN DONOVAN, Secretary of Housing and Urban Development;
DEBORAH A. HERNANDEZ, General Deputy Assistant Secretary for Public and Indian Housing;
and
GLENDA GREEN, Director, Office of Grants Management, National Office of Native American
Programs, Department of Housing and Urban Development, Office of Public and Indian Housing,

      Defendants.
_____

## ORDER EXTENDING TIME TO FILE REPLY
_____

      The Court, having reviewed the Unopposed Motion by Plaintiff For Leave to File a Reply

to Defendants' Response to Plaintiffs' Statement of Relief Requested and Motion to Supplement

the Record, for sufficient cause shown, hereby grants the Unopposed Motion.

      Accordingly, IT IS ORDERED, that the Plaintiff shall file its Reply Brief on or before

September 3, 2013.

      Dated:   July 31st, 2013

                    BY THE COURT:

                    s/Richard P. Matsch

                    _____

                    Richard P. Matsch, Senior District Judge